# Schedule 1

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３—３５３—３５２１
MAIL abuse.flex.law.group@gmail.com
Attorney for KADOKAWA CORPORATION

August 29, 2025

**Via Email**
X Corp.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Email: copyright@x.com

      RE:      **_NOTIFICATION OF COPYRIGHT INFRINGEMENT_**
                   **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

     I represent KADOKAWA CORPORATION, a Japanese corporation (hereinafter called "KADOKAWA "), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

     It has recently come to KADOKAWA 's attention that certain users of your services have unlawfully published and posted certain contents on your website ,
     more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

     KADOKAWA  has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

     We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that you remove or disable the Infringing Work from your system or services.

     We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that KADOKAWA and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

Extibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Infringing Account |
|---|---|---|---|---|---|
| 1 | Illustration | Shinichirou Otuka | https://www.kadokawa.co.jp/product/322411001196/ | https://x.com/LoremIpsumVerb/status/1899029302861054254/ | https://x.com/i/user/1384471368 |
| 2 | Illustration | Shinichirou Otuka | https://www.kadokawa.co.jp/product/322405001381/ | https://x.com/garmadoncar/status/1835889464683769987 | https://x.com/i/user/1536351510514536449 |
| 3 | Illustration | Shinichirou Otuka | https://www.kadokawa.co.jp/product/321803000530/ | https://x.com/rezidl/status/1463273536181751813 | https://x.com/i/user/1149326868933480448 |
| 4 | Illustration | Fuku Kitsune | https://www.kadokawa.co.jp/product/322305001011/ | https://x.com/goldkills/status/1923473641515458901 | https://x.com/i/user/61743930 |
| 5 | Illustration | Shinichirou Otuka | https://www.kadokawa.co.jp/product/322405001381/ | https://x.com/ShadowKoto/status/1895190129851146488 | https://x.com/i/user/1144701666849153026 |
| 6 | Illustration | Shinichirou Otuka | https://www.kadokawa.co.jp/product/322105000355 | https://x.com/Ringo1748607337/status/1474064139894984706 | https://x.com/i/user/1035809098212802560 |